IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA BEEZLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FENIX PARTS, INC. KENT ROBERTSON, SCOTT PETTIT, BMO CAPITAL MARKETS CORP., STIFEL NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, and BARRINGTON RESEARCH ASSOCIATES, INC.<br><br>Defendants. | Case No. 2:17-cv-00233-SRC-CLW<br><br>CLASS ACTION |

## [PROPOSED] ORDER TO TRANSFER CASE

Upon consideration of the parties' Agreed Motion to Transfer Case, it is hereby ordered that:

1. This case shall be transferred to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1404(a).

2. All deadlines in this action shall be stayed pending transfer.

1

3. Defendants will have sixty (60) days from the date the transfer is completed to answer or otherwise respond to the Amended Complaint.

Dated: 11/1/17

ORDERED:

Honorable Cathy L. Waldor
USDJ